UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA  19107-4299

Timothy B. McGrath
Clerk

Telephone
(215) 408-2800

February 24, 2017

Re:     Michele Marinari
        Bankruptcy No.: 14-19066
        Civil Action No.:

**17     922**

Dear Mary C. Barkman, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a certified copy of the docket entries:

(X) Certificate of appeal from order entered 02/22/2017 by the Honorable Jean K. FitzSimon.
    Notice of appeal filing fee (X)paid    ()not paid

() Designation of Record on Appeal Filed
() Designation of Record on Appeal Not Filed

() Supplemental certificate of appeal.

() Motion for leave to appeal filed.
    () Answer to motion filed.

() Proposed findings of fact and conclusions of law entered by the Honorable.
    () Objections filed.

() Report and recommendation entered by the Honorable.

    () Objections filed.

() Original record transferred to the District Court pursuant to the order of the Honorable.

() Other:

Kindly acknowledge receipt on the copy of the letter provided.

For the Court

Timothy B. McGrath
Clerk

By: Antoinette Stevenson
Deputy Clerk

---

Received Above material or record tile this _28th_ day of _Feb_ , 20 _17_.

Civil Action No. _____          Signature: _Steve Timas_

Miscellaneous No. _____          Date: _FEB 28 2017_

Assigned to Judge _____

BFL5.frm(rev 2/15)

FEB 28 2017

17-CV-0922

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

17      922

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.
**BANKRUPTCY RECORD ON APPEAL**

Address of Plaintiff: IN RE:_____ 309 Conestoga Way

Post office:_____ Norristown, PA 19403_____ County:_____

Address of Defendant:_____

Post office:_____ County:_____

Place of incident, or transaction:_____

Post office:_____ County:_____

( Use Reverse Side for Additional Space)

Does this case involve multidistrict litigation possibilities?          Yes ☐   No ☐

RELATED CASE, IF ANY:

Case Number:_____   Judge:_____   Date Terminated:_____

Civil cases are deemed related when yes in answered to any of the following questions:

1.) Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?          Yes ☐   No ☐

2.) Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?          Yes ☐   No ☐

3.) Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?          Yes ☐   No ☐

CIVIL: (Place ( X ) in ONE CATEGORY ONLY)

A.   Federal Question Cases

1.)  ☐  Indemnity Contract, Marine Contract, and all Other Contracts
2.)  ☐  FELA
3.)  ☐  Jones Act-Personal Injury
4.)  ☐  Antitrust
5.)  ☐  Patent
6.)  ☐  Labor-Management Relations
7.)  ☐  Civil Rights
8.)  ☐  Habeas Corpus
9.)  ☐  Securities Act(s) Cases
10.) ☐  Social Security Review Cases
      (Please Specify)
11.  X  All other Federal Question Cases
      (Please specify)
      **Bankruptcy Appeal**

B.   Diversity Jurisdiction Cases:

1.)  ☐  Insurance Contract and Other Contracts
2.)  ☐  Airplane Personal Injury
3.)  ☐  Assault, Defamation
4.)  ☐  Marine Personal Injury
5.)  ☐  Motor Vehicle Personal Injury
6.)  ☐  Other Personal Injury
      (Please specify)
7.)  ☐  Products Liability
8.)  ☐  Products Liability - Asbestos
9.)  ☐  All other Diversity Cases
      (Please specify)

### ARBITRATION CERTIFICATION

I,_____, counsel of record do hereby certify pursuant to Local Civil Rule 8, Section 4(a)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action does not exceed the sum of $150,000.00 exclusive of interest and costs.

_____
Date                                      Deputy Clerk

(X) BANKRUPTCY APPEAL

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

2/28/17
Date                                      Deputy Clerk

CIV 609 (7/98)

FEB 28 2017

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CASE MANAGEMENT TRACK DESIGNATION FORM**

_In Re: Michele Masinari_            CIVIL ACTION

v.

NO. **17 922**

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.          ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
and Human Services denying plaintiff Social Security Benefits.          ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
exposure to asbestos.          ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
commonly referred to as complex and that need special or intense management by
the court. (See reverse side of this form for a detailed explanation of special
management cases.)          ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.    (X)

_2/28/17_      _Steve Tomas_      _Deputy Clerk_
**Date**       **Attorney-at-law**       **Attorney for**

**Telephone**      **FAX Number**      **E-Mail Address**

(Civ. 660) 10/02

FEB 28 2017

Live Database Area                                    https://ecf.paeb.circ3.dcn/cgi-bin/DktRpt.pl?caseid=447687

**APPEAL, DISMISSED**

**U.S. Bankruptcy Court**
**Eastern District of Pennsylvania (Philadelphia)**
**Bankruptcy Petition #: 14-19066-jkf**

*Assigned to:* Judge Jean K. FitzSimon
Chapter 13
Voluntary
Asset

*Date filed:* 11/14/2014
*Debtor dismissed:* 02/22/2017

17    922

*Debtor disposition:* Dismissed for Other Reason

**Debtor**
**Michele Marinari**
309 Conestoga Way
Norristown, PA 19403
MONTGOMERY-PA
SSN / ITIN: xxx-xx-9271
*aka* **Michelle Frank**

represented by **MICHAEL A. CATALDO2**
Cibik & Cataldo, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
215-735-1060
Email: ecf@ccpclaw.com

**MICHAEL A. CIBIK2**
Cibik & Cataldo, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
215-735-1060
Email: ecf@ccpclaw.com

**Debtor**
**Michele Marinari**
MAILING ADDRESS
P.O. Box 416
Eagleville, PA 19408
MONTGOMERY-PA
SSN / ITIN: xxx-xx-9600

represented by **MICHAEL A. CATALDO2**
(See above for address)

**Trustee**
**WILLIAM C. MILLER**
Chapter 13 Trustee
1234 Market Street
Suite 1813

A TRUE COPY CERTIFIED
TO FROM THE RECORD
DATED: 2-24-2017
ATTEST: Antoinette Hermanson
Deputy Clerk
U.S. Bankruptcy Court

Philadelphia, PA 19107
215-627-1377

*U.S. Trustee*
**United States Trustee**
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
(215) 597-4411

| Filing Date | # | Docket Text |
|---|---|---|
| 11/14/2014 | 🔵1 | Chapter 13 Voluntary Petition . Fee Amount $310 Filed by Michele Marinari. Matrix List of Creditors due 11/21/2014. Government Proof of Claim Deadline: 05/13/2015. Atty Disclosure Statement due 11/28/2014. Chapter 13 Plan due by 11/28/2014. Statement of Current Monthly Income due 11/28/2014. Schedules A-J due 11/28/2014. Statement of Financial Affairs due 11/28/2014. Summary of schedules due 11/28/2014. Statistical Summary of Certain Liabilities due 11/28/2014. Incomplete Filings due by 11/28/2014. (CIBIK2, MICHAEL) (Entered: 11/14/2014) |
| 11/14/2014 | 🔵2 | Exhibit D - Debtor has received counseling and has attached required documents. Filed by MICHAEL A. CIBIK2 on behalf of Michele Marinari. (CIBIK2, MICHAEL) (Entered: 11/14/2014) |
| 11/14/2014 | 🔵3 | Certificate of Credit Counseling Filed by MICHAEL A. CIBIK2 on behalf of Michele Marinari. (CIBIK2, MICHAEL) (Entered: 11/14/2014) |
| 11/14/2014 | 🔵4 | Statement of Social Security Number Received. Filed by MICHAEL A. CIBIK2 on behalf of Michele Marinari. (CIBIK2, MICHAEL) (Entered: 11/14/2014) |
| 11/14/2014 | | Receipt of Voluntary Petition (Chapter 13)(14-19066) [misc,volp13a] ( 310.00) Filing Fee. Receipt number 15547792. Fee Amount $ 310.00. (re: Doc# 1) (U.S. Treasury) (Entered: 11/14/2014) |
| 11/18/2014 | 🔵5 | Order Entered that unless the following missing documents are filed: Matrix List of Creditors due 11/21/2014. Atty Disclosure |

| | | |
|---|---|---|
| | | Statement due 11/28/2014. Chapter 13 Plan due by 11/28/2014. Statement of Current Monthly Income due 11/28/2014. Schedules A-J due 11/28/2014. Statement of Financial Affairs due 11/28/2014. Summary of schedules due 11/28/2014. Statistical Summary of Certain Liabilities due 11/28/2014; It is hereby ORDERED that, if the debtor has not filed the Matrix List of Creditors (as required by L.B.R. 1007.2) or the Certificate of Credit Counseling or a Request for a Waiver from the Credit Counseling Requirement, then those documents are due within seven days of filing of the petition or else this case may be dismissed without additional notice or hearing after that date. It is further ORDERED that all other missing documents are due within 14 days of the date of the filing of the petition, unless an extension for cause, sought prior to the expiration of 14 days, is granted. If not, this case may be dismissed without additional notice or hearing after 14 days after petition date. (R., Yvette) (Entered: 11/18/2014) |
| 11/19/2014 | ⟩ | WILLIAM C. MILLER added to case. (R., Yvette) (Entered: 11/19/2014) |
| 11/20/2014 | ⟩6 | BNC Certificate of Mailing - Voluntary Petition. Number of Notices Mailed: (related document(s) (Related Doc # 5)). No. of Notices: 1. Notice Date 11/20/2014. (Admin.) (Entered: 11/21/2014) |
| 11/21/2014 | ⟩7 | Matrix Filed. Number of pages filed: 2, Filed by MICHAEL A. CIBIK2 on behalf of Michele Marinari. (CIBIK2, MICHAEL) (Entered: 11/21/2014) |
| 11/25/2014 | ⟩8 | Disclosure of Compensation of Attorney for Debtor in the amount of 4000.00 Debtor Michele Marinari, Schedules A - J , Summary of Schedules , Statement of Financial Affairs , Statistical Summary of Certain Liabilities Filed by MICHAEL A. CIBIK2 on behalf of Michele Marinari. (CIBIK2, MICHAEL) (Entered: 11/25/2014) |
| 11/25/2014 | ⟩9 | Chapter 13 Plan Filed by Michele Marinari. (CIBIK2, MICHAEL) (Entered: 11/25/2014) |
| 11/25/2014 | ⟩10 | Chapter 13 Statement of Current Monthly and Disposable Income (Form 22C) Filed by MICHAEL A. CIBIK2 on behalf of Michele Marinari. (CIBIK2, MICHAEL) (Entered: 11/25/2014) |

Live Database Area                                      https://ecf.paeb.circ3.dcn/cgi-bin/DktRpt.pl?caseid=447687

| | | |
|---|---|---|
| 11/29/2014 | 🔵 11 | Notice of Appearance and Request for Notice Filed by Synchrony Bank. (SINGH, RAMESH) (Entered: 11/29/2014) |
| 12/09/2014 | 🔵 12 | Meeting of Creditors. The Debtor has filed a Plan. This Plan proposes payment to the trustee of $300.00 per month for 60 months. Filed by WILLIAM C. MILLER. 341(a) meeting to be held on 1/26/2015 at 9:00 AM at b104 - Bourse Bldg #B104 Lower Level. Objection to Dischargeability of Certain Debts due: 3/27/2015. Proofs of Claims due by 4/26/2015. Government Proof of Claim Deadline: 05/13/2015.Confirmation Hearing scheduled 3/5/2015 at 9:30 AM at nix3 - Courtroom #3. (MILLER2, WILLIAM) (Entered: 12/09/2014) |
| 12/12/2014 | 🔵 13 | BNC Certificate of Mailing - Meeting of Creditors. Number of Notices Mailed: (related document(s) (Related Doc # 12)). No. of Notices: 12. Notice Date 12/12/2014. (Admin.) (Entered: 12/13/2014) |
| 12/17/2014 | 🔵 14 | Amended Schedule I Filed by MICHAEL A. CIBIK2 on behalf of Michele Marinari. (CIBIK2, MICHAEL) (Entered: 12/17/2014) |
| 01/28/2015 | 🔵 | Meeting of Creditors Held and Concluded on: 1/26/2015. (MILLER, WILLIAM) (Entered: 01/28/2015) |
| 02/24/2015 | 🔵 15 | Document in re: *Pre-Confirmation Certification* Filed by MICHAEL A. CIBIK2 on behalf of Michele Marinari (related document(s)12). (CIBIK2, MICHAEL) (Entered: 02/24/2015) |
| 03/05/2015 | 🔵 16 | Hearing Continued on 12 Confirmation Hearing scheduled 3/19/2015 at 09:30 AM at nix3 - Courtroom #3. (L., Eleanor) (Entered: 03/10/2015) |
| 03/17/2015 | 🔵 17 | Application for Compensation for MICHAEL A. CIBIK2, Debtor's Attorney, Period: to, Fee: $3,500.00, Expenses: $. Filed by MICHAEL A. CIBIK2 Represented by Self(Counsel). (Attachments: # 1 Notice # 2 Proposed Order # 3 Certification of Service # 4 Exhibit A - Fee Application) (CIBIK2, MICHAEL) (Entered: 03/17/2015) |
| 03/19/2015 | 🔵 18 | Hearing Continued on 16 Confirmation Hearing scheduled 5/28/2015 at 09:30 AM at nix3 - Courtroom #3. (L., Eleanor) (Entered: 03/20/2015) |

Live Database Area                                  https://ecf.paeb.circ3.dcn/cgi-bin/DktRpt.pl?caseid=447687

| | | |
|---|---|---|
| 03/26/2015 | ❍ 19 | Adversary case 15-00124. Complaint by ROBERT J. MURPHY on behalf of Robert John Murphy, Robert John Murphy against Michele Marinari. Fee Amount $350 . (62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)) (MURPHY, ROBERT) (Entered: 03/26/2015) |
| 04/06/2015 | ❍ 20 | Certificate of No Response to *Application to Approve Counsel Fees* Filed by MICHAEL A. CIBIK2 on behalf of Michele Marinari (related document(s)17). (CIBIK2, MICHAEL) (Entered: 04/06/2015) |
| 04/13/2015 | ❍ 21 | Objection to Claim Number 1 by Claimant Bank of America, N.A.. Filed by Michele Marinari. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibit A)(CATALDO2, MICHAEL) (Entered: 04/13/2015) |
| 04/13/2015 | ❍ 22 | Notice of Objection to claim *#1 Bank of America, N.A.* Filed by Michele Marinari (related document(s)21). Hearing scheduled 5/28/2015 at 09:30 AM at nix3 - Courtroom #3. (CATALDO2, MICHAEL) (Entered: 04/13/2015) |
| 05/12/2015 | ❍ 23 | **INCORRECT ENTRY** Motion to Dismiss Case. Motion to Dismiss and Objection to Chapter 13 Confirmation Filed by Robert John Murphy Represented by ROBERT J. MURPHY (Counsel). (MURPHY, ROBERT) Modified on 5/14/2015 (L., Eleanor). (Entered: 05/12/2015) |
| 05/12/2015 | ❍ 25 | **CORRECT ENTRY** Motion to Dismiss Case and or Motion to Convert Case to Chapter 7 and/or Objections to Confirmation and Modification of Michele Marinari's Judgment Debtor's Plan Pursuant to 11 U S C Section 101,523,1109, 1307,1325,1325 and Applicable Law and Rules Including F.R.B.3015 and Local Rules. Fee Amount $25.00 Filed by Robert John Murphy Represented by ROBERT J. MURPHY (Counsel). (Attachments: # 1 Proposed Order # 2 Exhibit 1 # 3 Exhibit 2 & 3 # 4 Notice) (L., Eleanor) (Entered: 05/14/2015) |
| 05/14/2015 | ❍ 24 | Fee Due $25.00 Motion to Dismiss Case for Other and/or convert to chapter 7 filed by Robert John Murphy (related document(s)23). Fee due by 5/28/2015. (L., Eleanor) (Entered: 05/14/2015) |
| 05/14/2015 | ❍ | **Corrective Entry** Document #23 redocketed at document #25 using correct event re: Motion to Dismiss/Convert to |

| | | |
|---|---|---|
| | | chapter 7 (related document(s)23). (L., Eleanor) (Entered: 05/14/2015) |
| 05/14/2015 | 26 | Amended Certificate of Service Filed by ROBERT J. MURPHY on behalf of Robert John Murphy (related document(s)25). (MURPHY, ROBERT) (Entered: 05/14/2015) |
| 05/15/2015 | | Receipt of Motion to Convert Case to Chapter 7(14-19066-jkf) ( 25.00) Filing Fee. Receipt number 16191269. Fee Amount $ 25.00. (re: Doc# 23) (U.S. Treasury) (Entered: 05/15/2015) |
| 05/16/2015 | 27 | Objection to Confirmation of Plan and Motion to Continue the Confirmation hearing Scheduled for 5/28/15 Filed by ROBERT J. MURPHY on behalf of Robert John Murphy. (MURPHY, ROBERT)**See corrective entry** Modified on 5/22/2015 (L., Eleanor). (Entered: 05/16/2015) |
| 05/16/2015 | 28 | BNC Certificate of Mailing - Fee Due. Number of Notices Mailed: (related document(s) (Related Doc # 24)). No. of Notices: 1. Notice Date 05/16/2015. (Admin.) (Entered: 05/17/2015) |
| 05/22/2015 | | **Corrective Entry** Added text: and Motion to Continue the Confirmation hearing Scheduled for 5/28/15 re: Objection to Confirmation of Plan (related document(s)27). (L., Eleanor) (Entered: 05/22/2015) |
| 05/26/2015 | 29 | Response to Motion to Dismiss Case for Other filed by Robert John Murphy, Motion to Convert Case to Chapter 7 Filed by Michele Marinari (related document(s)25). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (CATALDO2, MICHAEL) (Entered: 05/26/2015) |
| 05/27/2015 | 30 | Order. It is Ordered that the Confirmation Hearing is continued to 6/25/2015 at 10:30 AM in nix3 - Courtroom #3. Hearing on 25 Motion to Dismiss Case or Convert Case to Chapter 7 and/or Objection to Confirmation and Modification of Debtor's Plan filed by ROBERT J. MURPHY is scheduled for 6/25/2015 at 10:30 AM in nix3 - Courtroom #3. (B., John) (Entered: 05/27/2015) |
| 05/28/2015 | 31 | Hearing Continued on 18 Confirmation Hearing scheduled 6/25/2015 at 10:30 AM at nix3 - Courtroom #3. (L., Eleanor) (Entered: 05/29/2015) |

Live Database Area                                   https://ecf.paeb.circ3.dcn/cgi-bin/DktRpt.pl?caseid=447687

| | | |
|---|---|---|
| 05/28/2015 | ● 32 | Hearing Held on 21 Objection to Claim Number 1 by Claimant Bank of America, N.A.. Filed by Michele Marinari. Order entered.(related document(s),21). (L., Eleanor) (Entered: 05/29/2015) |
| 05/28/2015 | ● 36 | ORDERED that the Objection to Claim Number 1 by Claimant Bank of America, N.A. is Sustained. The claim is disallowed in its entirety.(related document(s)21). (L., Eleanor) (Entered: 06/01/2015) |
| 05/29/2015 | ● 33 | Notice to Take Deposition of: Michele Marinari, Debtor/Defendant Filed by Robert John Murphy. (MURPHY, ROBERT) (Entered: 05/29/2015) |
| 05/29/2015 | ● 34 | Notice to Take Deposition of: Michele Marinari, Defendant./Debtor Filed by Robert John Murphy. (MURPHY, ROBERT) (Entered: 05/29/2015) |
| 05/29/2015 | ● 35 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 30)). No. of Notices: 14. Notice Date 05/29/2015. (Admin.) (Entered: 05/30/2015) |
| 06/03/2015 | ● 37 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 36)). No. of Notices: 3. Notice Date 06/03/2015. (Admin.) (Entered: 06/04/2015) |
| 06/12/2015 | ● 38 | Motion to Continue Hearing On Motion to Dismiss Case for Other, Motion to Convert Case to Chapter 7 Filed by Michele Marinari Represented by MICHAEL A. CATALDO2 (Counsel) (related document(s)25). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (CATALDO2, MICHAEL) (Entered: 06/12/2015) |
| 06/16/2015 | ● 39 | ORDER that confirmation hearing is continued to 9/10/15 at 10:30 a.m. at nix3 - Courtroom #3 and Order Granting Motion To Continue Hearing On (Related Doc 38) Motion to Dismiss Case for Other, Motion to Convert Case to Chapter 7 ) Hearing scheduled 9/10/2015 at 10:30 AM at nix3 - Courtroom #3. (L., Eleanor). Related document(s) 25 Motion to Dismiss Case. filed by Robert John Murphy (related document 25)**see corrective entry** Modified on 6/17/2015 (L., Eleanor). (Entered: 06/17/2015) |
| 06/17/2015 | ● | **Corrective Entry** Created relationship to document #25 re: |

| | | |
|---|---|---|
| | | ORDER that confirmation hearing is continued (related document(s)39). (L., Eleanor) (Entered: 06/17/2015) |
| 06/17/2015 | 40 | Chapter 13 confirmation hearing. Confirmation Hearing scheduled 9/10/2015 at 10:30 AM at nix3 - Courtroom #3. (L., Eleanor) (Entered: 06/17/2015) |
| 06/18/2015 | 41 | Document in re: *Pre-Confirmation Certification* Filed by MICHAEL A. CIBIK2 on behalf of Michele Marinari (related document(s) 31 ). (CIBIK2, MICHAEL) (Entered: 06/18/2015) |
| 06/19/2015 | 42 | BNC Certificate of Mailing - 13 Confirmation Hearing. Number of Notices Mailed: (related document(s) (Related Doc # 40)). No. of Notices: 13. Notice Date 06/19/2015. (Admin.) (Entered: 06/20/2015) |
| 06/19/2015 | 43 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 39)). No. of Notices: 2. Notice Date 06/19/2015. (Admin.) (Entered: 06/20/2015) |
| 06/25/2015 | 44 | Hearing Continued on 31 Confirmation Hearing scheduled 9/10/2015 at 10:30 AM at nix3 - Courtroom #3. (L., Eleanor) (Entered: 06/29/2015) |
| 06/26/2015 | 45 | Hearing Continued on 25 **CORRECT ENTRY** Motion to Dismiss Case and or Motion to Convert Case to Chapter 7 and/or Objections to Confirmation and Modification of Michele Marinari's Judgment Debtor's Plan Pursuant to 11 U S C Section 101,523,1109, 1307,1325,1325 and Applicable Law and Rules Including F.R.B.3015 and Local Rules. Fee Amount $25.00 Filed by Robert John Murphy Represented by ROBERT J. MURPHY (Counsel). Hearing scheduled 9/10/2015 at 10:30 AM at nix3 - Courtroom #3. (L., Eleanor) (Entered: 06/29/2015) |
| 08/28/2015 | 46 | Motion to Quash *Subpoena* Filed by Morris & Clemm, P.C., Robert Morris Represented by PAUL C. TROY (Counsel). (TROY, PAUL) (Entered: 08/28/2015) |
| 09/03/2015 | 47 | Notice of (related document(s): 46 Motion to Quash *Subpoena*) *Response Deadline and Hearing Date* Filed by Robert Morris, Morris & Clemm, P.C.. Hearing scheduled 10/1/2015 at 09:30 AM at nix3 - Courtroom #3. (TROY, PAUL) (Entered: 09/03/2015) |

Live Database Area                                         https://ecf.paeb.circ3.dcn/cgi-bin/DktRpt.pl?caseid=447687

| | | |
|---|---|---|
| 09/10/2015 | ◷ 48 | Hearing Continued on 25 **CORRECT ENTRY** Motion to Dismiss Case and or Motion to Convert Case to Chapter 7 and/or Objections to Confirmation and Modification of Michele Marinari's Judgment Debtor's Plan Pursuant to 11 U S C Section 101,523,1109, 1307,1325,1325 and Applicable Law and Rules Including F.R.B.3015 and Local Rules. Fee Amount $25.00 Filed by Robert John Murphy Represented by ROBERT J. MURPHY (Counsel). Hearing scheduled 10/29/2015 at 01:00 PM at nix3 - Courtroom #3. (L., Linda) (Entered: 09/11/2015) |
| 09/10/2015 | ◷ 49 | Confirmation Hearing Continued on 44 Confirmation Hearing scheduled 10/29/2015 at 01:00 PM at nix3 - Courtroom #3. (L., Linda) (Entered: 09/11/2015) |
| 09/11/2015 | ◷ 50 | Motion to Avoid Lien with Robert Murphy Filed by Michele Marinari Represented by MICHAEL A. CATALDO2 (Counsel). (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Schedules B&C) (CATALDO2, MICHAEL) (Entered: 09/11/2015) |
| 09/11/2015 | ◷ 51 | Notice of (related document(s): 50 Motion to Avoid Lien with Robert Murphy ) Filed by Michele Marinari. Hearing scheduled 10/21/2015 at 01:30 PM at nix3 - Courtroom #3. (CATALDO2, MICHAEL) (Entered: 09/11/2015) |
| 09/17/2015 | ◷ 52 | Motion to Extend time to Motion to Extend Time to Respond to Motion to Quash Subpona by Morris and Morris and Clemm PC and Continue Hearing Scheuled 10/1/2015 Filed by Robert John Murphy Represented by ROBERT J. MURPHY (Counsel). (MURPHY, ROBERT) (Entered: 09/17/2015) |
| 09/23/2015 | ◷ | Disposition of Adversary 2:15-ap-124 SETTLED/DEFAULT DENIED. (related document(s)1). (S., Antoinette) (Entered: 09/23/2015) |
| 09/23/2015 | ◷ | Adversary Case 2:15-ap-124 Terminated for Statistical Purposes. (S., Antoinette) (Entered: 09/23/2015) |
| 09/23/2015 | ◷ | Adversary Case Number 15-124 Reopened. (S., Antoinette) (Entered: 09/23/2015) |
| 09/29/2015 | ◷ 53 | Certificate of No Response to *Motion to Avoid Lien of Robert Murphy* Filed by MICHAEL A. CATALDO2 on behalf of Michele Marinari (related document(s)50). (CATALDO2, |

| | | |
|---|---|---|
| | | MICHAEL) (Entered: 09/29/2015) |
| 09/30/2015 | ⚫ 54 | ***Incorrect Entry-See Correct Docket Entry #55***Document in re: *Robert Murphy's Answer to Michele Marinari's Motion to Avoid Judicial Lien of Robert Murphy* Filed by ROBERT J. MURPHY on behalf of Robert John Murphy (related document(s)50). (MURPHY, ROBERT) Modified on 10/1/2015 (S., Antoinette). (Entered: 09/30/2015) |
| 09/30/2015 | ⚫ 55 | Robert Murphy's Response to Motion to Avoid Lien filed by Debtor Michele Marinari Filed by ROBERT J. MURPHY on behalf of Robert John Murphy. (related document(s)50). (S., Antoinette) (Entered: 10/01/2015) |
| 09/30/2015 | ⚫ 56 | Order entered Granting Motion To Quash the Subpoena to produce records on 8/31/2015 and any response thereto the motion be and is hereby GRANTED and the hearing scheduled for 10/1/2015 is cancelled as moot. (Related Doc # 46) (S., Antoinette) (Entered: 10/01/2015) |
| 10/01/2015 | ⚫ 58 | Hearing Continued on 46 Motion to Quash *Subpoena* Filed by Morris & Clemm, P.C., Robert Morris Represented by PAUL C. TROY (Counsel) filed by Robert Morris, Morris & Clemm, P.C. Hearing scheduled 10/29/2015 at 01:00 PM at nix3 - Courtroom #3. (S., Antoinette) (Entered: 10/05/2015) |
| 10/03/2015 | ⚫ 57 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 56)). No. of Notices: 2. Notice Date 10/03/2015. (Admin.) (Entered: 10/04/2015) |
| 10/15/2015 | ⚫ 59 | Order that upon consideration of Michele Marinari's Motion to Avoid Lien and Robert Murphy's Answer and Objections to Michele Marinari's Motion to Avoid Judicial Lien of Robert Murphy, the hearing scheduled for 10/21/2015 theron shall proceed. (related document(s)50). (S., Antoinette) (Entered: 10/16/2015) |
| 10/18/2015 | ⚫ 60 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 59)). No. of Notices: 2. Notice Date 10/18/2015. (Admin.) (Entered: 10/19/2015) |
| 10/21/2015 | ⚫ 61 | Hearing cancelled on 1) Motion to Dismiss Case and or Motion to Convert Case to Chapter 7 and/or Objections to Confirmation and Modification of Michele Marinari's Judgment Debtor's Plan |

Live Database Area                                          https://ecf.paeb.circ3.dcn/cgi-bin/DktRpt.pl?caseid=447687

| | | |
|---|---|---|
| | | Pursuant to 11 U S C Section 101,523,1109, 1307,1325,1325 and Applicable Law and Rules Including F.R.B.3015 and Local Rules. Filed by Robert John Murphy Represented by ROBERT J. MURPHY (Counsel). , 2) Confirmation Hearing, and 3) Motion to Quash *Subpoena* Filed by Morris & Clemm, P.C., Robert Morris Represented by PAUL C. TROY (Counsel).Reason for Cancellation: Continued generally pending disposition of [to be filed] Motion for Discovery (related document(s) 44 , <u>25</u>, <u>46</u>). (R., Joan) (Entered: 10/21/2015) |
| 10/21/2015 | 🔌 62 | Hearing Held on <u>50</u> Motion to Avoid Lien with Robert Murphy Filed by Michele Marinari Represented by MICHAEL A. CATALDO2 (Counsel). (related document(s),<u>50</u>). Motion withdrawn. (S., Antoinette) (Entered: 10/22/2015) |
| 10/23/2015 | 🔌 <u>63</u> | Motion For Sanctions *To Compel Debtor to File Full and Complete Answers to Murphy's Interrogatories and Request for Production of Documents and Produce Requested Documents* Filed by Robert John Murphy Represented by ROBERT J. MURPHY (Counsel). (Attachments: # <u>1</u> Exhibit Exhibits 1-4) (MURPHY, ROBERT) (Entered: 10/23/2015) |
| 10/29/2015 | 🔌 <u>64</u> | Response to Motion for Sanctions filed by Attorney Robert John Murphy Filed by Michele Marinari (related document(s)<u>63</u>). (Attachments: # <u>1</u> Proposed Order # <u>2</u> Certificate of Service) (CATALDO2, MICHAEL) (Entered: 10/29/2015) |
| 10/30/2015 | 🔌 <u>65</u> | Disclosure of Compensation of Attorney for Debtor in the amount of 4000.00 *(Amended)* Debtor Michele Marinari Filed by MICHAEL A. CATALDO2 on behalf of Michele Marinari. (CATALDO2, MICHAEL) (Entered: 10/30/2015) |
| 12/10/2015 | 🔌 <u>66</u> | It is hereby ORDERED and DECREED that, within ten days hereof, Murphy shall obtain a hearing date for his Motion to Compel and serve notice of the hearing date on the Debtor or his Motion to Compel shall be denied for lack of prosecution. (related document(s)<u>63</u>). (S., Antoinette) (Entered: 12/10/2015) |
| 12/12/2015 | 🔌 <u>67</u> | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # <u>66</u>)). No. of Notices: 3. Notice Date 12/12/2015. (Admin.) (Entered: 12/13/2015) |
| 12/14/2015 | 🔌 <u>68</u> | Notice of (related document(s): <u>63</u> Motion For Sanctions *To Compel Debtor to File Full and Complete Answers to Murphy's* |

| | | |
|---|---|---|
| | | *Interrogatories and Request for Production of Documents and Produce Requested Documents*) Filed by Robert John Murphy. Hearing scheduled 1/27/2016 at 10:30 AM at nix3 - Courtroom #3. (MURPHY, ROBERT) (Entered: 12/14/2015) |
| 01/27/2016 | ●69 | Hearing Held on 63 Motion For Sanctions *To Compel Debtor to File Full and Complete Answers to Murphy's Interrogatories and Request for Production of Documents and Produce Requested Documents* Filed by Robert John Murphy Represented by ROBERT J. MURPHY (Counsel). (related document(s),63). Duplicate of entry to Adv. #15-00124. (S., Antoinette) (Entered: 01/28/2016) |
| 03/08/2016 | ●70 | Disclosure of Compensation of Attorney for Debtor in the amount of 4000.00 *AMENDED* Debtor Michele Marinari Filed by MICHAEL A. CATALDO2 on behalf of Michele Marinari. (CATALDO2, MICHAEL) (Entered: 03/08/2016) |
| 03/09/2016 | ●76 | Order Granting Motion For Sanctions (Related Doc # 63). This order is entered without prejudice to any of the entities of individuals set forth in paragraph 2 above. (D., Virginia) (Entered: 04/13/2016) |
| 03/30/2016 | ●71 | Stipulation By Robert John Murphy and Between Plaintiff Robert Murphy and Defendant Michele Marinari . Filed by ROBERT J. MURPHY on behalf of Robert John Murphy. (MURPHY, ROBERT) (Entered: 03/30/2016) |
| 04/01/2016 | ●72 | Order entered granting Stipulation between Robert Murphy and Michele Marinari. (related document(s)71). (S., Antoinette) (Entered: 04/04/2016) |
| 04/04/2016 | ●73 | Certificate of Service Filed by ROBERT J. MURPHY on behalf of Robert John Murphy (related document(s)72). (MURPHY, ROBERT) (Entered: 04/04/2016) |
| 04/05/2016 | ●74 | Disclosure of Compensation of Attorney for Debtor in the amount of 4000.00 *AMENDED* Debtor Michele Marinari Filed by MICHAEL A. CATALDO2 on behalf of Michele Marinari. (CATALDO2, MICHAEL) (Entered: 04/05/2016) |
| 04/06/2016 | ●75 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 72)). No. of Notices: 2. Notice Date 04/06/2016. (Admin.) (Entered: 04/07/2016) |

Live Database Area                                   https://ecf.paeb.circ3.dcn/cgi-bin/DktRpt.pl?caseid=447687

| | | |
|---|---|---|
| 04/15/2016 | 77 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 76)). No. of Notices: 1. Notice Date 04/15/2016. (Admin.) (Entered: 04/16/2016) |
| 05/12/2016 | 78 | Disclosure of Compensation of Attorney for Debtor in the amount of 4000.00 *AMENDED* Debtor Michele Marinari Filed by MICHAEL A. CATALDO2 on behalf of Michele Marinari. (CATALDO2, MICHAEL) (Entered: 05/12/2016) |
| 06/14/2016 | 79 | Supplemental Motion For Sanctions *to produce records* Filed by Robert John Murphy Represented by ROBERT J. MURPHY (Counsel). (Attachments: # 1 Exhibit Ex 1 to Supplemental Motion for Sanctions to produce records # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit) (MURPHY, ROBERT) (Entered: 06/14/2016) |
| 06/14/2016 | 80 | Notice of Motion (related document(s): 79 Supplemental Motion For Sanctions *to produce records*) Filed by Robert John Murphy . Hearing scheduled 6/22/2016 at 10:30 AM at nix3 - Courtroom #3. (S., Antoinette) (Entered: 06/15/2016) |
| 06/15/2016 | 81 | Transcript regarding Hearing Held on 5/4/16 Motion of Robert Morris, Esquire and Morris & Clemm, P.C. for Relief From the Order of March 9, 2016. Transcribed by J & J Transcribers, Inc. 30 pages. This Transcript can be viewed in the adversary #15-124 docket #72. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office]. Notice of Intent to Request Redaction Deadline Due By 6/22/2016. Redaction Request Due By 7/6/2016. Redacted Transcript Submission Due By 7/16/2016. Transcript access will be restricted through 9/13/2016. (D., Tasha) (Entered: 06/15/2016) |
| 06/22/2016 | 82 | Hearing Held on 79 Supplemental Motion For Sanctions *to produce records* Filed by Robert John Murphy Represented by ROBERT J. MURPHY (Counsel). (related document(s),79). Motion dismissed as inappropriately scheduled. Duplicate Motion; see Adversary #15-124. (S., Antoinette) (Entered: 06/22/2016) |
| 07/14/2016 | 83 | Supplemental Motion *Plaintiff's Supplemental Motion for Sanctions* Filed by Robert John Murphy Represented by ROBERT J. MURPHY (Counsel). (Attachments: # 1 Exhibit Exhibit 1 attached to plaintiff's supplemental motion for |

| | | |
|---|---|---|
| | | sanctions # 2 Exhibit Exhibit 2 attached to plaintiff's supplemental motion for sanctioins # 3 Exhibit Exhibit 3 attached to plaintiff's supplemental motion for sanctions # 4 Exhibit Exhibit 4 attached to plaintiff's supplemental motion for sanctions # 5 Exhibit Exhibit 5 attached to plaintiff's supplemental motion for sanctions) (MURPHY, ROBERT) (Entered: 07/14/2016) |
| 07/14/2016 | 84 | Notice of Motion (related document(s): 83 Supplemental Motion *Plaintiff's Supplemental Motion for Sanctions*) Filed by Robert John Murphy . Hearing scheduled 8/3/2016 at 10:30 AM at nix3 - Courtroom #3. (S., Antoinette) (Entered: 07/15/2016) |
| 07/20/2016 | 85 | Transcript regarding Hearing Held on 6/22/16 Supplemental Motion For Sanctions to produce records. Transcribed by Writer's Cramp, Inc. The transcript may be viewed at the Bankruptcy Court Clerk's Office on the Adversary docket #82 on the docket. [For information about how to contact the transcriber, call the Clerk's Office]. Notice of Intent to Request Redaction Deadline Due By 7/27/2016. Redaction Request Due By 8/10/2016. Redacted Transcript Submission Due By 8/20/2016. Transcript access will be restricted through 10/18/2016. (D., Tasha) (Entered: 07/20/2016) |
| 08/01/2016 | 86 | Plaintiff's Supplemental Exhibits 1 and 2 Sur Plaintiff's Motion for Sanctioins filed 7-14-16 Filed by Robert John Murphy Represented by ROBERT J. MURPHY (Counsel). (Attachments: # 1 Exhibit Plaintiff's Supplemental Ex 1 Sur Plaintiff's Supplemental Motion for Sanctions filed 7-14-16 # 2 Exhibit Plaintiff's Supplemental Exhibit 2 Sur Plaintiff's Supplemental Motion for Sanctions filed 7-14-16) (MURPHY, ROBERT) ***Modified on 8/2/2016 to removed the wording Supplemental Motion.*** (S., Antoinette). (Entered: 08/01/2016) |
| 08/03/2016 | 87 | Hearing Held on 83 Supplemental Motion *Plaintiff's Supplemental Motion for Sanctions* Filed by Robert John Murphy Represented by ROBERT J. MURPHY (Counsel). (related document(s),83). Duplicate of Motion filed on Adversary 15-00124. (S., Antoinette) (Entered: 08/03/2016) |
| 09/21/2016 | 88 | **ORDER SCHEDULING CONFERENCE** re:25,27 Ordered that a status conference on Robert Murphys motion to dismiss and/or convert debtorsbankruptcy case and his objections to |

https://ecf.paeb.circ3.dcn/cgi-bin/DktRpt.pl?caseid=447687

| | | confirmation (see Docket Entry Nos. 25 and 27) shall be held on **Tuesday, October 18, 2016, at 2:00 p.m.** in Bankruptcy Courtroom No. 3, Robert N.C. Nix Federal Building & Courthouse, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania. (S., Antoinette) (Entered: 09/21/2016) |
|---|---|---|
| 09/21/2016 | 89 | Court's Certificate of Mailing. Number of notices: 1. Sent to: Robert Murphy at 2341 Pennsylvania Avenue, Philadelphia, PA 19130. (related document(s)88). (S., Antoinette) (Entered: 09/21/2016) |
| 09/23/2016 | 90 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 88)). No. of Notices: 2. Notice Date 09/23/2016. (Admin.) (Entered: 09/24/2016) |
| 10/10/2016 | 91 | Document in re: *Defendant's Application to Reschedule Pre-Trial Conference and Status Conference* Filed by MICHAEL A. CATALDO2 on behalf of Michele Marinari (related document(s)88). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (CATALDO2, MICHAEL) (Entered: 10/10/2016) |
| 10/11/2016 | 92 | **ORDER:** It is Ordered that the application is **GRANTED** and both the Pre-Trial Conference and the Status Conference are rescheduled for **November 15, 2016 at 2:00 p.m.** in Courtroom #3, 900 Market Street, 2nd Floor, Philadelphia, PA. (related document(s)88). (S., Antoinette) (Entered: 10/11/2016) |
| 10/13/2016 | 93 | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 92)). No. of Notices: 2. Notice Date 10/13/2016. (Admin.) (Entered: 10/14/2016) |
| 10/18/2016 | 94 | Hearing Continued on 25 Motion to Dismiss Case and or Motion to Convert Case to Chapter 7 and/or Objections to Confirmation and Modification of Michele Marinari's Judgment Debtor's Plan Pursuant to 11 U S C Section 101,523,1109, 1307,1325,1325 and Applicable Law and Rules Including F.R.B.3015 and Local Rules Filed by Robert John Murphy Represented by ROBERT J. MURPHY (Counsel). Hearing scheduled 11/15/2016 at 02:00 PM at nix3 - Courtroom #3. (S., Antoinette) (Entered: 10/18/2016) |
| 11/15/2016 | 95 | Hearing Continued on 25 Motion to Dismiss Case and or Motion to Convert Case to Chapter 7 and/or Objections to |

| | | |
|---|---|---|
| | | Confirmation and Modification of Michele Marinari's Judgment Debtor's Plan Pursuant to 11 U S C Section 101,523,1109, 1307,1325,1325 and Applicable Law and Rules Including F.R.B.3015 and Local Rules Filed by Robert John Murphy Represented by ROBERT J. MURPHY (Counsel). Hearing scheduled 12/6/2016 at 02:00 PM at nix3 - Courtroom #3. (S., Antoinette) (Entered: 11/15/2016) |
| 11/17/2016 | ❏ 96 | STATUS Hearing continued on 25 Motion to Dismiss Case and or Motion to Convert Case to Chapter 7 and/or Objections to Confirmation and Modification of Michele Marinari's Judgment Debtor's Plan Pursuant to 11 U S C Section 101,523,1109, 1307,1325,1325 and Applicable Law and Rules Including F.R.B.3015 and Local Rules Filed by Robert John Murphy Represented by ROBERT J. MURPHY (Counsel). Hearing rescheduled 2/14/2017 at 02:00 PM at nix3 - Courtroom #3. (R., Joan) (Entered: 11/17/2016) |
| 02/14/2017 | ❏ 97 | STATUS Hearing Continued on 25 Motion to Dismiss Case and or Motion to Convert Case to Chapter 7 and/or Objections to Confirmation and Modification of Michele Marinari's Judgment Debtor's Plan Pursuant to 11 U S C Section 101,523,1109, 1307,1325,1325 and Applicable Law and Rules Including F.R.B.3015 and Local Rules Filed by Robert John Murphy Represented by ROBERT J. MURPHY (Counsel). Hearing scheduled 4/25/2017 at 02:00 PM at nix3 - Courtroom #3. (S., Antoinette) (Entered: 02/14/2017) |
| 02/16/2017 | ❏ 98 | Praecipe to Voluntarily Dismiss Case Filed by MICHAEL A. CIBIK2 on behalf of Michele Marinari. (Attachments: # 1 Proposed Order) (CIBIK2, MICHAEL) (Entered: 02/16/2017) |
| 02/22/2017 | ❏ 99 | **ORDERED** that this Chapter 13 case is **DISMISSED** as to pursuant to Section 1307(b) of the Bankruptcy Code. Counsel for the Debtor shall notify all interested parties by sending them a copy of this Order. **ORDERED**, that any wage orders are hereby **VACATED**, and it is further **ORDERED**, that the Clerk shall close the case. (S., Antoinette) (Entered: 02/22/2017) |
| 02/23/2017 | ❏ 100 | Notice of Appeal to District Court Court. *from Bankruptcy Court's orders entered February 22, 2017*. Fee Amount $298.00 Filed by Robert John Murphy (related document(s)99). Appellant Designation due by 03/9/2017. Transmission of record on appeal to District Court Due Date:03/23/2017. |

https://ecf.paeb.circ3.dcn/cgi-bin/DktRpt.pl?caseid=447687

| | | | |
|---|---|---|---|
| | | | (MURPHY, ROBERT) (Entered: 02/23/2017) |
| 02/23/2017 | | 🔵101 | Notice of Appeal to District Court Court. *from the Bankruptcy Court's Orders entered February 22, 2017*. Fee Amount $298.00 Filed by Robert John Murphy (related document(s)99). Appellant Designation due by 03/9/2017. Transmission of record on appeal to District Court Due Date:03/23/2017. (MURPHY, ROBERT) (Entered: 02/23/2017) |
| 02/24/2017 | | | Receipt of Notice of Appeal(14-19066-jkf) [appeal,ntcapl] ( 298.00) Filing Fee. Receipt number DUPLICATE FILING. Fee Amount $ 298.00. (re: Doc# 101) (P.) (Entered: 02/24/2017) |