IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF: | : |
|    MICHELLE MARINARI | |
| | :       CA 17-922 |
| | : |

**N O T I C E**

The record on appeal from the Bankruptcy Court in the above captioned case was entered on the docket in this office on March 30, 2017 and has been assigned to the Honorable Gerald J. Pappert.

The following is the schedule for filing briefs with this office:

(1)  The Appellant shall serve and file his brief within 30 days after entry of the record on appeal.

(2)  The Appellee shall serve and file his brief within 30 days after service of the brief of the Appellant.

(3)  The Appellant may serve and file a reply brief within 14 days after service of the brief of the Appellee.

                          KATE BARKMAN
                          Clerk of Court


                          By:_____ s/Richard C. Thieme
                          Richard C. Thieme , Deputy Clerk


cc:     Michael A. Cataldo, Esq.
         Michael A. Cikik, Esq.
         Robert J. Murphy, Esq.