UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA  19106-1797

Kate Barkman
Clerk of Court

Clerk's Office
215-597-7704

8/1/2017

Timothy McGrath
Clerk
U.S. Bankruptcy Court
900 Market Street
Suite 400
Philadelphia,  PA   19107-4299

RE:   MICHELE MARINARI
CA No.   17-922
Bky. No. 14-19066
Adv. No.

Dear Mr. McGrath:

Enclosed herewith is the original Bankruptcy Record, together with a copy of the Order which was filed in this office on 4/7/17.

Kindly acknowledge receipt on the copy of letter provided.

Sincerely,

Kate Barkman
Clerk of Court

By: _____
Vincent J. Alia, Deputy Clerk

Received above record this 2nd day of August, 2017

_____
(Signature)

bankrec.frm