IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF:<br>IN RE: MICHELE MARINARI | CIVIL ACTION<br>NOS. 17-00922; 17-02496<br><br>BANKRUPTCY<br>NOS. 14-19066; 15-00124 |

## ORDER

**AND NOW**, this 11th day of October 2019, upon consideration of Appellant's Opening Brief (ECF No. 13), Appellee's Brief (EFC No. 14) and having found that oral argument would not significantly aid the decisional process, it is **ORDERED** that:

1. The Bankruptcy Court's Orders Dismissing Marinari's Chapter 13 Case (Ch. 13 Bankr. Doc. No. 129) and Denying Reconsideration (Ch. 13 Bankr. Doc. No. 151) are **AFFIRMED**;

2. The Clerk of Court shall mark these cases **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.