Robert J. Murphy, Esquire
Attorney I.D. No. 15555
Law Offices of Robert J. Murphy
2341 Pennsylvania Avenue
Philadelphia, PA 19130
(215)563-2048
Attorney Pro Se

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF : | CIVIL ACTION |
| IN RE: MICHELE MARINARI : | NOS. 17-00922, 17-02496 |
| Debtor : | |
| : | BANKRUPTCY |
| | NOS. 14-19066, 15-00124 |
| Robert J. Murphy | : |
| Plaintiff | |
| v. | |
| Michele Marinari | |
| Defendant | |

## NOTICE OF APPEAL

## TO THE UNITED STATES COURT OF APPEALS TO THE THIRD CIRCUIT

Robert Murphy, pro se judgment creditor and plaintiff, appeals the final judgment/order and opinion of the District Court for the Eastern District of Pennsylvania entered in this case on October 16, 2019 including but not limited to affirming the Bankruptcy Court's orders dismissing Marinari's Chapter 13 case and denying reconsideration and ordering the Clerk of Court shall mark these cases closed. A true and correct copy of District Court's October 16, 2019 order is attached hereto as Exhibit 1.

1

The parties to the judgment order appealed from and the names and addresses of the respective attorneys are as follows:

Dated: 11/52/19

Signed: /s/
Robert J. Murphy, Esq.
Attorney Pro Se Plaintiff/Appellant
2341 Pennsylvania Avenue,
Philadelphia, PA 19130

Michael A. Cataldo, Esq.
Cibik & Cataldo, P.C.,
1500 Walnut Street, Suite 900,
Philadelphia, PA 19102.
Attorney for Defendant/Appellee

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:
IN RE: MICHELE MARINARI

CIVIL ACTION
NOS. 17-00922; 17-02496

BANKRUPTCY
NOS. 14-19066; 15-00124

## ORDER

AND NOW, this 11th day of October 2019, upon consideration of Appellant's Opening Brief (ECF No. 13), Appellee's Brief (EFC No. 14) and having found that oral argument would not significantly aid the decisional process, it is ORDERED that:

1. The Bankruptcy Court's Orders Dismissing Marinari's Chapter 13 Case (Ch. 13 Bankr. Doc. No. 129) and Denying Reconsideration (Ch. 13 Bankr. Doc. No. 151) are AFFIRMED;

2. The Clerk of Court shall mark these cases CLOSED.

BY THE COURT:

/s/ *Gerald J. Pappert*
GERALD J. PAPPERT, J.

Robert J. Murphy, Esquire
Attorney I.D. No. 15555
Law Offices of Robert J. Murphy
2341 Pennsylvania Avenue
Philadelphia, PA 19130
(215)-563-2048
Attorney Pro Se

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN THE MATTER OF | : | CIVIL ACTION |
| IN RE: MICHELE MARINARI | : | NOS. 17-00922, 17-02496 |
| Debtor | : | |
| | | BANKRUPTCY |
| | : | NOS. 14-19066, 15-00124 |
| Robert J. Murphy | | |
| Plaintiff | | : |
| | | |
| v. | | |
| | | |
| Michele Marinari | : | |
| Defendant | | |

**CERTIFICATE OF SERVICE**

Plaintiff hereby certifies that a true and correct copy of plaintiff's/appellant's Notice of Appeal has been filed via hand delivery in the United States District Court for the Eastern District of Pennsylvania on November 12, 2019 and served on the lower court and appellee's counsel via first class United States mail postage prepaid:

The Honorable Gerald J. Pappert
United States District Court for Eastern District of Pennsylvania
Room 5614
601 Market Street
Philadelphia, PA 19106

1

Michael A. Cataldo, Cibik & Cataldo, P.C.,
1500 Walnut Street, Suite 900,
Philadelphia, PA 19102.
Attorney for Defendant/Appellee

BY/s/: _____
Robert J. Murphy, Esquire
Attorney Pro Se Plaintiff/Appellant

2